466 A.2d 716

Young, et al. v. Miller, et al., Appellants.

Submitted March 23, 1983. Kenneth Lee Rotz, for appellants; David Kostka James, for appellees. Before CERCONE, P.J., CIRILLO and HOFFMAN, JJ. Order affirmed.